37,925-01,02,03,04,05,06, 07,08, 09,10

Rodolfo Garcia 768418
LH.1098 S.HWY 2037
Ft.Stockton,TX.79735


Court of Criminal Appeals of Texas
P.O.BOX 12308,Capitol Station,
Austin,Texas 78711                        August 10,2015


The State of Texas Vs.Rodolfo Garcia.Cause No.2154 and 2156.


RE:   Request for Court Events and dates.


Dear Court of Criminal Appeals Clerk;

    I would like to obtain dates and write numbers approximate and howmany 11.07 I have filed in your court.My District court are refusing to provid me with this information that is why I am requesting to you with all the events that I have filed before in this Court and the numbers of the writes,please.

Thank you and I appreciated for your time.


                                Sincerely yours,

                                

                                Garcia,R.#768418
                                SID#02559852
                                LH.1098 S.HWY 2037
                                Ft.Stockton,TX79735


RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 14 2015

Abel Acosta, Clerk


CC:File
Request for Court Events and dates;